## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| AARON AND SONIA CHAVEZ, on behalf of their daughter, M.C., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BOARD OF EDUCATION OF THE ALBUQUERQUE PUBLIC SCHOOLS, a/k/a ALBUQUERQUE PUBLIC SCHOOLS, and ROBERT ASHLEY, | ) ) ) ) ) |
| Defendants. | ) |

2007 CV 1139 BRB/LFG

## **ORDER APPROVING SETTLEMENT INVOLVING A MINOR**

THIS MATTER having come before the United States Magistrate Judge upon the Order of Reference to conduct a fairness hearing as provided by 28 U.S.C. §636 (b)(3), the parties having appeared before said Judge, the Judge having heard the evidence and submitted his Report and Recommendation for approving settlement, and the parties having no objection, the Court hereby –

ORDERS, ADJUDGES, AND DECREES that the United States Magistrate Judge's Report and Recommendation [Doc. 95] is adopted in its entirety and the settlement reached as set forth in the Settlement, Release and Satisfaction Agreement for the benefit of M.C., a Minor, between Aaron and Sonia Chavez (acting as parents of M.C.) and Defendants is approved. All claims against Defendants are hereby dismissed

with prejudice.  All outstanding motions are denied as moot. [Docs. 79, 80, 81, 82, 84, 85, 86, 87, 88, 90].

  CASE CLOSED.

               Entered for the Court
               this 17th day of September, 2008


               Bobby R. Baldock
               United States Circuit Judge
               Sitting By Designation



MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

  /s/ Alex C. Walker
Megan T. Muirhead
Alex C. Walker
Attorney for APS
Post Office Box 2168
Albuquerque, NM 87103-2168
Phone: (505) 848-1800


LAW OFFICE OF DAYMON ELY

*Telephonic Approval on 9/16/08*
Daymon B. Ely
Counsel for Plaintiffs
1228 Central Ave., S.W.
Albuquerque, NM 87102-2803
Phone: (505) 248-0370

Maria D. Preciado
Counsel for Plaintiffs
1025½ Lomas Blvd., N.W.
Albuquerque, NM 87102-1952
Phone: (505) 246-0177

2

SHEEHAN SHEEHAN & STELZNER, P.A.

*Telephonic Approval on 9/16/08*
Luis G. Stelzner
Juan L. Flores
Attorneys for Defendant Ashley
P.O. Box 271
Albuquerque, NM 87103-0271
Phone: (505) 247-0411